

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-20-00137-CR

Style:      Kenneth Nester v.

     **v.** The State of Texas

Date motion filed*:      April 1, 2020

Type of motion:      Motion to Dismiss

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

☐    Granted

     If document is to be filed, document due:

☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐**Denied**

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☒Other: _____

     **We strike appellant's Motion to Dismiss because said motion is deficient for failing to comply with the Texas Rules of Appellate Procedure.** *See* **TEX. R. APP. P. 42.2(a). The Court will consider a Motion to Dismiss that complies with the signature requirement in Rule 42.2(a).** *See id*.

Judge's signature:    /s/ Sherry Radack
         ☑     Acting individually     ☐    Acting for the Court

Panel consists of _____

Date: ___April 7, 2020_____